22 CV 620-JLS

Revised 03/06 WDNY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

FILED AUG 17 2022 MARY C. LOEWENGUTH, CLERK WESTERN DISTRICT OF NY

**FORM TO BE USED IN FILING A CIVIL COMPLAINT IN FEDERAL COURT**
(Non-Prisoner Context)

All material filed in this Court is now available via the **INTERNET**. See **Pro Se Privacy Notice** for further information.

## 1. CAPTION OF ACTION

**A.  Full Name of Plaintiff: NOTE**: *If more than one plaintiff files this action and seeks in forma pauperis status, each plaintiff must submit an in forma pauperis application or the only plaintiff to be considered will be the plaintiff who filed an application.*

Derrick Staley

-vs-

**B.  Full Name(s) of Defendant(s) NOTE:** *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant.* Add a separate sheet, if necessary.

1. Buffalo Police
2. 
3. 
4. 
5. 
6. 

## 2. STATEMENT OF JURISDICTION, VENUE and NATURE OF SUIT
*All of these sections **MUST** be answered*

*Identify the basis for federal Court jurisdiction over your claim, such as that the United States government is a party to the action, all the parties reside in different states and therefore you claim diversity jurisdiction, or the claim presents a federal question or arises under federal law.*

A. Basis of Jurisdiction in Federal Court: False Police report

*State why the Western District of New York is the proper venue for this action, such as that your claim arises in or the defendant resides in the 17 westernmost counties of New York State.*

B. Reason for Venue in the Western District: I have custody of my child and order of protection

*Identify the nature of this action, such as that it is a civil rights claim, a personal injury or personal property (tort) claim, a property rights claim, or whatever it is.*

C. Nature of Suit: Jailed 860 Bail $700 for window damages smashed busting out have history voiding order of protection

### 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION**  NOTE: *To list additional plaintiffs, use this format on another sheet of paper.*

Name of First Plaintiff: Derrick Staley

Present Address: 6 World Parade, Buffalo NY 14211

Name of Second Plaintiff: _____

Present Address: _____

**DEFENDANT'S INFORMATION**  NOTE: *To list additional defendants, use this format on another sheet of paper.*

Name of First Defendant: Buffalo Police

Official Position of Defendant (if relevant): C District

Address of Defendant: Buffalo NY 14202

Name of Second Defendant: _____

Official Position of Defendant (if relevant): _____

Address of Defendant: _____

Name of Third Defendant: _____

Official Position of Defendant (if relevant): _____

Address of Defendant: _____

### 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A. Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action**?
Yes [ ]   No [✓]

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:

   Plaintiff(s): _____

Defendant(s):_____

2. Court (if federal court, name the district; if state court, name the county):_____

3. Docket or Index Number:_____
4. Name of Judge to whom case was assigned: Judge Pregien
5. The approximate date the action was filed: 4/28/22
6. What was the disposition of the case?
   Is it still pending? Yes [✓]  No [ ]
   
   If not, give the approximate date it was resolved._____
   
   Disposition (check those statements which apply):
   
   [ ] Dismissed (check the statement which indicates why it was dismissed):
   
   [ ] By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;
   [ ] By court for failure to prosecute, pay filing fee or otherwise respond to a court order;
   [ ] By court due to your voluntary withdrawal of claim;
   
   [ ] Judgment upon motion or after trial entered for
   [ ] plaintiff
   [ ] defendant.

## 5. STATEMENT OF CLAIM

**Please note** that it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, just tell the story of what happened and do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995).

**Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

**A. FIRST CLAIM:** On (*date of the incident*) 4/28/22 ,
defendant (*give the **name and (if relevant) the position held** of **each defendant** involved in this incident*) Police didn't do obey my order of protect went on Moms word

3

did the following to me (briefly state what each defendant named above did): __July 11th 2022__
_Son broke into my home, I called_
_Police did not arrest let her with_
_did no give me police report_

The federal basis for this claim is: _____

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*:

_____

**B. SECOND CLAIM:** On (*date of the incident*) _____,
defendant (*give the name and (if relevant) position held of each defendant involved in this incident*) _____

did the following to me (*briefly state what each defendant named above did*): _____

The federal basis for this claim is: _____

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*:

_____

**If you have additional claims, use the above format to set them out on additional sheets of paper.**

4

## 6. SUMMARY OF RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

_____
_____
_____
_____
_____

Do you want a **jury trial**? Yes [X]   No [ ]

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on ___8/16/22___
(date)

**NOTE:** ***Each** plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

_____
_____
Signature(s) of Plaintiff(s)

5