AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 22-CV-00620

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* ERIE County DISTRICT ATTORNEY
on *(date)* 10/4/24

☒ I served the subpoena by delivering a copy to the named person as follows: ERIE County DISTRICT Attorney 25 Delaware Ave 6TH Floor Buffalo NY Accepted by MARY KALETA on *(date)* 10/4/24 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ 75 for travel and $ N/A for services, for a total of $ 75.00 .

I declare under penalty of perjury that this information is true.

Date: 10/4/24

_____
Server's signature

Lorenzo A DiFilippo
Printed name and title

200 Geneva Rd, Fairport NY 14082
Server's address

Additional information regarding attempted service, etc.: